# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   Case No. 23-MJ-0332 |
| | * |
| JOHN A. DELBRIDGE, JR. & | * |
|     JOHN A. DELBRIDGE, III, | * |
|     Defendants. | * |

## MOTION TO WITHDRAW

COMES NOW Kira Anne West, *pro hac vice* counsel in the above case, with the consent of the Defendants, John A. Delbridge, Jr. and John A. Delbridge, III, and their counsel, Nick Vieith, and moves for withdrawal in the above-captioned case and states the following in support:

Undersigned counsel filed a motion pro hac vice in this case on January 8, 2024, on behalf of attorney Nick Vieth. *See* ECF No. 15. On January 16, 2024, Magistrate Judge Robin M. Meriwether granted the motion *pro hac vice*. *See* ECF No. 17. Since that time, defense counsel in the case, Mr. Nick Vieth, has taken a job with the Federal Public Defender for the Eastern District of Washington. He will continue to represent the above defendants in his capacity as an assistant federal public defender. Undersigned counsel understands that both defendants have filled out their financial affidavits and that Mr. Vieth has now been appointed in his capacity as an assistant federal public defender.

Wherefore, for the above stated reasons, undersigned counsel requests that she be allowed to withdraw from this case.

Respectfully submitted,

/s/ *Kira Anne West*
Kira Anne West
DC Bar No. 993523
712 H Street, N.E., Unit #509
Washington, D.C. 20002

1

(202) 236-2042
kiraannewest@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion and order was filed electronically using the CM/ECF system and thus delivered to the parties of record and pursuant to the rules of the Clerk of Court.

This the 5th day of March, 2024.

/s/*Kira Anne West*
KIRA ANNE Wes

2